# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Alice Walker**
          Plaintiff(s)

  vs.                        **CASE NUMBER: 6:24-cv-115**

**Martin O'Malley**
          Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that:

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

All of the above pursuant to the order of the Honorable **Daniel J. Stewart**, dated August 26, 2024.

DATED: August 26, 2024

*[signature]*
Clerk of Court

s/_____
Heather Merritt
Deputy Clerk